

**ORDERED in the Southern District of Florida on May 19, 2023.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  Chapter 7

MICHEL ENRIQUEZ                                         Case No. 23-10415-LMI
YASMIRA DEL VALLE BOLIVAR

     Debtors.
_____/

### AGREED ORDER GRANTING TRUSTEE'S EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO §727

THIS CAUSE came before this Court upon the Trustee's Agreed Ex-Parte Motion for Extension of Time to File a Complaint Objecting to Discharge Pursuant to §727 (the "Motion") (ECF # 27).  The Court having considered the matter, having been advised that the parties have agreed to the entry of this Order, finding good cause and being otherwise fully advised, therefore

ORDERS AND ADJUDGES that

1.     The Trustee's Motion is hereby **granted**.

2.      The deadline for the Trustee to file a complaint objecting to the Debtors' discharge is hereby extended through and including **July 17, 2023.**

###

**Submitted By:**
Maria M. Yip, Trustee
2 S. Biscayne Blvd, Suite 2690
Miami, FL 33131
Telephone:  (305) 908-1862
Facsimile:  (786) 800-3903
Email:  trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee
2 S. Biscayne Blvd, Suite 2690
Miami, FL 33131

**Trustee Maria M. Yip is directed to serve copies of this Order on those parties in interest upon receipt thereof and to file a Certificate of Service with the Court.**